No. 72–611. GOODSON ET AL. *v.* DAVIS ET AL.; and

No. 72–612. MAY, AS INTERVENOR ON BEHALF OF CUSTOM COMPONENT SWITCHES, INC. *v.* DAVIS ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 72–613. CARPENTERS DISTRICT COUNCIL OF HOUSTON AND VICINITY ET AL. *v.* LINBECK CONSTRUCTION CORP. C. A. 5th Cir. Certiorari denied.

No. 72–616. GULF OIL CORP. *v.* LEHRMAN. C. A. 5th Cir. Certiorari denied.

No. 72–651. BERNDT ET AL. *v.* PAPILSKY. C. A. 2d Cir. Certiorari denied.

No. 72–659. OFFENBERG ET UX. *v.* CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 72–676. CRAIG *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 72–5117. CROWE ET AL. *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 72–5183. DODSON *v.* IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 72–5186. FAIR *v.* FLORIDA ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–5200. THOMPSON *v.* GRAY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 72–5253. MOON *v.* SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 72–5254. VALDEZ *v.* NEW MEXICO. Sup. Ct. N. M. Certiorari denied.